OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
V.
BOBBY GADSDEN

CRIMINAL COMPLAINT

Case Number: 07-M- 11 36

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 8, 2007__ (Date) in __Burlington__ County, in the _____ District of __NEW JERSEY__ defendant(s) did,

(Track Statutory Language of Offense)
escape and attempt escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he is confined by direction of the Attorney General,

in violation of Title __18__ United States Code, Section(s) __751__.

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHMENT

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_____
Signature of Complainant

Weslie Fitzgerald
Printed Name of Complainant

Sworn to before me and signed in my presence,

10/10/2007                                              at   Trenton,            NJ
Date                                                          City               State

Hon. John J. Hughes        U.S. Magistrate Judge       _____
Name of Judge              Title of Judge               Signature of Judge

## ATTACHMENT A

I, Weslie Fitzgerald, am a Deputy United States Marshal of the United States Marshals Service. I am aware of the facts contained herein, based upon my own investigation, as well as information provided to me by other law enforcement officers. Because this Attachment A is submitted for the limited purpose of establishing probable cause, I have not included herein the details of every aspect of the investigation.

1. On or about January 30, 1997, defendant BOBBY GADSDEN was sentenced in the United States District Court for the District of South Carolina to a term of imprisonment of two hundred and forty months for committing federal offenses related to the distribution of narcotics, contrary to Title 21, United States Code, Sections 841(a)(6) and 846. The Bureau of Prisons has projected that defendant BOBBY GADSDEN is to be released from federal custody in or about August, 2013.

2. At all times relevant to this Complaint, defendant BOBBY GADSDEN was committed to the custody of the Attorney General of the United States and designated for incarceration at the Fort Dix Federal Correctional Institution ("Fort Dix FCI") in Burlington County, New Jersey.

3. On or about October 8, 2007, Bureau of Prison personnel conducted an institutional count and determined that defendant BOBBY GADSDEN was not present at the Fort Dix FCI. Two subsequent counts were conducted and confirmed that defendant BOBBY GADSDEN was not present at the Fort Dix FCI.

4. There is probable cause to believe that defendant BOBBY GADSDEN escaped from the custody of the Attorney General of the United States and the Fort Dix FCI.